UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| FESNANDO F. SANTOS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 3:22-cv-00231 |
|  | ) |  |
| LT. LANE, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 16) recommending the Court grant Defendants' Motion to Dismiss (Doc. No. 12) and dismiss Santos' Complaint (Doc. No. 1) without prejudice. Neither Santos, nor either Defendant filed a timely objection to the R&R.

Where no party objects to the R&R within 14 days of service, the Court is released from its duty to independently review the matter. Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Still, the Court thoroughly reviewed the R&R and agrees with its recommended disposition.

The R&R is **APPROVED AND ADOPTED**. Defendants' Motion to Dismiss (Doc. No. 12) is **GRANTED**. The case is **DISMISSED WITHOUT PREJUDICE**. Santos may refile his claims after he has exhausted the jail grievance process.

1

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE